# JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TMT GLOBAL CORPORATE

         Plaintiff,    Civ. Action No.:

-against-

**07 CV 11470**

HSBC BANK USA

ORDER TO SHOW CAUSE
PRELIMINARY
INJUNCTION AND
TEMPORARY
<u>RESTRAINING ORDER</u>

and

ZONGCHU DEVELOPMENT STOCK CO.
         Defendants.

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/07

[handwritten notation: Denied on the record. Denise Cote, Part I, December 21, 2007]

Upon the affirmation of Gregory O. Koerner, dated the 20th day of December, 2007, the affidavit of Jimmy Yee, dated the 21st day of December, 2007, and copies of all other supporting exhibits, it is

ORDERED, that the above named defendant, HSBC BANK USA ("HSBC") show cause before a motion term of this Court, at Room ___, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on January __, 2008 at ___ o'clock in the ___noon of that day, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure: enjoining the defendant, its agents, servants and employees during the pendency of this action, or until further order of this Court, from allowing the drawing down on any Performance Bonds of TMT Global Corporate to Zhongchu Development Stock Co. LTD. in connection with Contract Number MEX9192007 for the sale of Iron Ore Fines; or in the alternative, why an order should not be issued ordering HSBC to hold the Performance Bonds in escrow or ordering HSBC to pay the cash value of the

1

Performance Bonds and deliver the value thereof to the Clerk of this Court pending the outcome of this action or until further order of this Court; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure defendants are temporarily restrained and enjoined from drawing down on any bonds and distributing any cash to Zhongchu Development Stock Co Ltd. in connection with contract number MEX9192007, and it is further

ORDERED that no security is required to be posted by the plaintiff;

ORDERED that service of a copy of this Order and annexed affirmation and affidavit upon the defendant or its counsel and defendants or counsel for the defendants in the Related Action on or before _____ o'clock in the ___noon, _____ by Federal Express, next business day morning delivery shall be deemed good and sufficient service thereof.

Dated: New York, New York
       December 20, 2007

ISSUED: _____


_____
United States District Judge, S.D.N.Y.

2