UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TMT Global

-v.-

HSBC Bank, USA

07 Civ. 1147 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

Please be advised that the conference scheduled for 4/9/08 has been rescheduled to 5/28/08 at 4:30 pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/10/08

_____
ROBERT W. SWEET
United States District Judge