



*Greg Koerner, Esq.*

10 E. 40th Street, 25th Floor
New York, New York 10016
Telephone 212.461.4377
Facsimile 212.453.0658
E-mail gkoerner@koerner-associates.com

May 29, 2008

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

    Re: TMT Global v. HSBC Bank, USA
       Index Number: 07/11470

Honorable Judge Sweet:

    Pursuant to my telephone conversation with your Clerk yesterday afternoon, please be advised that I have withdrawn the complaint in the above-referenced action. Please let me know if this Court has any questions or concerns.

So ordered
*[signature]*
USDJ
6.24.08

Sincerely,

*[signature]*

Gregory Koerner